**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-22612-ALTMAN**

**MIGUEL QUINTERO**,

      *Plaintiff*,

*v.*

**MIAMI-DADE COUNTY**, *et al.*,

      *Defendants.*

_____/

**ORDER STAYING CASE**

Federal district courts possess "broad discretion in deciding how to best manage the cases before [us]," *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997), including the "discretion to stay proceedings as an incident to [our] power to control [our] own docket," *Clinton v. Jones*, 520 U.S. 681, 683 (1997). In this case, the Defendants have filed a Motion to Dismiss ("MTD") [ECF No. 30]. The Plaintiff, Miguel Quintero, has filed a Response [ECF No. 57], and the Defendants filed their Reply [ECF No. 63], so the MTD is ripe for adjudication. This case is currently set for trial during our two-week trial calendar beginning on November 11, 2025. *See* Scheduling Order [ECF No. 28].

So, two things. *First*, judicial economy would be served by staying this action and allowing this case to proceed on our inactive docket until we resolve the Defendants' MTD. *See Cypress Chase Condo. Ass'n "A" v. QBE Ins. Corp.*, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011) (Cohn, J.) ("Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency."). *Second*, the individual Defendants assert that they "are entitled to qualified immunity[.]" MTD at 18. Immunity provides "an entitlement not to stand trial," *Bouchard Transp. Co. v. Fla. Dep't of Env't Prot.*, 91 F.3d 1445, 1448 (11th Cir. 1996), so district courts "effectively den[y]

immunity" when they require officers "to further defend from liability while the immunity issue remain[s] pending," *Howe v. City of Enterprise*, 861 F.3d 1300, 1302 (11th Cir. 2017) (citations omitted).

For these two reasons, we **ORDER AND ADJUDGE** as follows:

1. This case is **STAYED** pending our resolution of the Defendants' Motion to Dismiss [ECF No. 30].

2. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

3. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on November 4, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record